UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-20133-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MAURICE MARSHALL,
    Defendant.
_____/

### ORDER

THIS MATTER came before the Court on the Motion to Allow Defendant to Be Co-counsel along with Counsel of Record (DE# 107, 1/5/11) filed by the defendant. Having reviewed the applicable filings and the law and having held a hearing on January 7, 2011, it is

ORDERED AND ADJUDGED that the Motion to Allow Defendant to Be Co-counsel along with Counsel of Record (DE# 107, 1/5/11) is **DENIED**. See United States v. Bowdach, 561 F.2d 1160, 1176 (5th Cir. 1977) (stating that "Faretta [v. California, 422 U.S. 806 (1975)] does not hold that a defendant has a Sixth Amendment right to act as co-counsel, and we are not willing to extend the reach of the Sixth Amendment to include such a right.").[1] It is further

ORDERED AND ADJUDGED that a hearing concerning the status of the defendant's bar complaint against his attorney is set before the undersigned on **Tuesday, January 11, 2011**, at **2:00 PM**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers, at Miami, Florida this **7th** day of January, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record

---

[1] The Eleventh Circuit in Bonner v. City of Prichard, 661 F. 2d 1206, 1207 (11th Cir. 1981) (en banc), adopted as precedent decisions of the former Fifth Circuit rendered prior to October 1, 1981.